**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: LEVAQUIN PRODUCTS LIABILITY LITIGATION<br>——————————————<br>This Document Relates to All Actions | MDL No. 08-1943 (JRT)<br><br>**PRETRIAL ORDER #7a** |

Pursuant to the stipulation of the parties, it is hereby **ORDERED**:

1. That all Complaints, now or hereafter filed in or transferred to this Court, shall be deemed amended to substitute as a party Defendant Janssen Pharmaceuticals, Inc. ("Janssen") for Defendant Ortho-McNeil-Janssen Pharmaceuticals, Inc. ("OMJPI"), *nunc pro tunc,* to the date each such Complaint was originally filed.

2. That all Complaints, now or hereafter filed in or transferred to this Court, shall be deemed amended to substitute as a party Defendant Janssen Pharmaceuticals, Inc. for Defendant Ortho-McNeil Pharmaceuticals, Inc. ("OMP"), as OMP is a predecessor in interest to OMJPI.

3. That all Complaints, now or hereafter filed in or transferred to this Court, shall be deemed amended to substitute as a party Defendant Janssen Research & Development, LLC ("Janssen R&D"), for Defendant Johnson & Johnson Pharmaceutical Research & Development, L.L.C., *nunc pro tunc*, to the date each such Complaint was originally filed.

2

4. On July 21, 2011, Janssen filed its Second Amended Corporate Disclosure Statement in the Master MDL file, which serves as the disclosure for all cases now or hereafter filed in or transferred to this Court.

5. On December 6, 2011, Janssen R&D filed its Amended Corporate Disclosure Statement in the Master MDL file, which will serve as the disclosure for all cases now or hereafter filed in or transferred to this Court.

DATED: December 29, 2011             s/ John R. Tunheim
at Minneapolis, Minnesota              JOHN R. TUNHEIM
                                                          United States District Judge